# UNITED STATES of America, Plaintiff–Appellee,

v.

## Lorenzo BUTTS, a/k/a Lorenza Butts, a/k/a Lorenzo Butts, Jr., Defendant–Appellant.

No. 15–7777.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: March 2, 2016.

Lorenzo Butts, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Butts appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and affirm for the reasons cited by the district court. *United States v. Butts*, No. 2:00–cr–00067–AWA–1 (E.D.Va. Oct. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*